# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALMA WINBERRY, <br><br> Defendant. | 6:23-po-5069-KLD <br><br> VIOLATION: 9587080 <br><br> ORDER |

Based upon the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the bench warrant in the above case is quashed.

DATED this 26th day of December, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge